FILED
MAY 03 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America<br>*Plaintiff* | § | |
| | § | |
| vs. | § | Case Number: SA:21-M -00470(1) |
| | § | |
| (1) John Uriegas Montez<br>*Defendant* | § | |

# ORDER SETTING PRELIMINARY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for 09:30 AM, in Courtroom B, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Monday, May 10, 2021.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **3rd day of May, 2021.**

**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No: SA:21-M -00470(1) |
| | § | |
| (1) John Uriegas Montez | § | |

**WAIVER OF PRELIMINARY HEARING**

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

**Date** **Defendant**

**Name of Attorney for Defendant (Print)**

**Date** **Signature of Attorney for Defendant**