**FILED**
May 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **CRIMINAL NO.:** |
| **Plaintiff,** | § | **<u>I N D I C T M E N T</u>** |
| | § | **Ct 1: 18 U.S.C. § 922(g)(1); Felon in Possession of a Firearm** |
| **VS.** | § | |
| | § | **SA21-CR-00185-XR** |
| **JOHN ANTHONY URIEGAS-MONTEZ,** | § | |
| **Defendant.** | § | |

THE GRAND JURY CHARGES:

**<u>COUNT ONE</u>**
**[18 U.S.C. § 922(g)(1)]**

That on or about April 13, 2021, in the Western District of Texas, Defendant,

**JOHN ANTHONY URIEGAS-MONTEZ**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: 1) a Ruger, Model SR9c, .9mm pistol, Serial Number 333-27926; and 2) a Glock, Model 22, .40 caliber pistol, Serial Number CPS169US and said firearms had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>**

**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**<u>Firearms Violations and Forfeiture Statutes</u>**

**[Title 18 U.S.C. § 922(g)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violation set forth in Count One, the United States gives notice to Defendant **JOHN ANTHONY URIEGAS-MONTEZ** of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
>
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Ruger, Model SR9c, .9mm pistol, Serial Number 333-27926;
2. Glock, Model 22, .40 caliber pistol, Serial Number CPS169US; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses.

A TRUE BILL

[redacted]
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: ______________________
FOR JOSEPH T. LO GALBO
Assistant United States Attorney