PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
August 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: SAF
DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Anthony Uriegas-Montez Case Number: 5:21-CR-00185-XR(1)

Name of Sentencing Judicial Officer: Honorable Xavier Rodriguez, United States District Judge

Date of Original Sentence: August 14, 2024

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)

Original Sentence: Seventy-two (72) Months imprisonment, with credit for time served, followed by supervised release for a term of Three (3) years

Type of Supervision: Supervised Release Date Supervision Commenced: July 16, 2026

---

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

To Remit:

**"The defendant shall reside in a residential re-entry center for a term of 180 days. The defendant shall follow the rules and regulations of the center."**

To Add:

**"The defendant shall reside in a residential reentry center for a term of up to 180 days. The defendant shall follow the rules and regulations of the center."**

### CAUSE

John Anthony Uriegas-Montez commenced his supervised release on July 16, 2026. At the time the condition was imposed, Mr. Uriegas-Montez lacked stable housing, and the condition was added to ensure he would have appropriate

placement upon release. Revising the condition to a residential reentry center term **of up to** 180 days would afford the probation office discretion to reduce the term if Mr. Uriegas-Montez secures stable housing sooner.

John Anthony Uriegas-Montez has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, agreeing to the modification.

Approved:

Leonor Samantha Ruiz
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5361

Respectfully submitted,

Alyson E. Linan
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5371
Date: August 10, 2026

cc: Amanda C. Brown
Assistant U.S. Attorney

Corrina F. Lopez
Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other ______________________

Honorable Xavier Rodriguez
U.S. District Judge

August 10, 2026
Date

PROB 49
(3/89)

# United States District Court
# Western District of Texas

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing ifl am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

**To Remit:**

**"The defendant shall reside in a residential re-entry center for a term of 180 days. The defendant shall follow the rules and regulations of the center."**

***To Add:***

**"The defendant shall reside in a residential reentry center for a term of up to 180 days. The defendant shall follow the rules and regulations of the center."**

Witness: Alyson Linan
Alyson E. Linan
U.S. Probation Officer

Signed: John Montez
John Anthony Uriegas-Montez
Probationer or Supervised Releasee

August 3, 2026
Date